UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| DONNA B. O., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | No. 1:22-CV-128-H-BU |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On July 18, 2023, United States Magistrate Judge John R. Parker made Findings, Conclusions, and a Recommendation (FCR) in this case. Dkt. No. 19. Judge Parker recommended that the Court reverse and remand the case to the Commissioner of Social Security for further proceedings. *Id.* at 1. No objections to the FCR were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendation only for plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR of the Magistrate Judge. Dkt. No. 19.

Accordingly, the decision of the Administrative Law Judge is reversed, and the case is remanded to the Commissioner of Social Security for further proceedings. The Court will enter a separate judgment in accordance with Federal Rule of Civil Procedure 58.

So ordered on August __4__, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE