UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| DONNA B. O.,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:22-CV-128-H-BU |

### FINAL JUDGMENT

For the reasons stated in the Court's order (Dkt. No. 20) accepting the findings, conclusions, and recommendation of the Magistrate Judge (Dkt. No. 19), it is hereby ORDERED, ADJUDGED, and DECREED that:

The hearing decision is reversed, and the case is remanded to the Commissioner of Social Security for further proceedings consistent with the Magistrate Judge's findings and conclusions. *See id.*

The Clerk is directed to close the case.

So ordered on August 4, 2023.

                                                JAMES WESLEY HENDRIX
                                              UNITED STATES DISTRICT JUDGE