UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| DONNA O.,[1] <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, <br>Commissioner of Social Security, <br><br> Defendant. | No. 1:22-CV-128-H-BU |

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the plaintiff's motion for attorney's fees be granted, in part because the Commissioner does not oppose the motion. Dkt. No. 24. No objections to the FCR were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's motion for attorney's fees (Dkt. No. 22) is granted. The Court awards the plaintiff $5,782.68 in attorney's fees and $19.71 in costs to be paid to the plaintiff in the care of her attorney.

---

[1] Due to concerns regarding the privacy of sensitive personal information available to the public through opinions in Social Security cases, the plaintiff is identified only by her first name and last initial.

– 2 –

So ordered on April __2__, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE